# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:                                             Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,                  Chapter 11

    Debtor,
_____/

## NOTICE OF APPEAL

Chris Kosachuk, *pro se,* appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of Florida from the Order Denying Motion to Compel [D.E. 1106], filed on May 2, 2022, of U.S. Bankruptcy Judge A. Jay Cristol and entered on the docket on May 3, 2022 in this case (the "Order") a copy of which is attached to this Notice of Appeal.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola, captioned as, *NLG, LLC, v. Liza Hazan* under case number 18-20186-CIV-SCOLA which is an appeal of the Discharge Order in this same bankruptcy.

In appealing from this Order, Mr. Kosachuk appeals from all orders and decisions antecedent and ancillary thereto, including all interlocutory judgments, decrees, rulings, reports, recommendations and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order and upon which the Order is based.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Part 1. Identify the appellant:**

1. Name of Appellant:  Chris Kosachuk

2. Position of Appellant: Interested Party

| **Appellant: Chris Kosachuk** | **Attorneys** |
|---|---|
| Chris Kosachuk<br>854 Pheasant Run Road<br>West Chester, PA 19382 | Chris Kosachuk<br>Pro Se Appellant<br>854 Pheasant Run Road<br>West Chester, PA 19382 |

## PART 2. Identify the subject of this appeal:

1. Describe the judgment, order or decree appealed from:

Order Denying Motion to Compel [D.E. 1106].

2. State the date on which the Order was entered on the docket: May 3, 2022

## PART 3: Identify the other parties to the appeal

| **Party: Debtor/Appellee** | **Attorney** |
|---|---|
| Liza Hazan a/k/a Elizabeth Hazan<br>6913 Valencia Drive<br>Fisher Island, FL 33109 | Joe M. Grant<br>MARSHALL SOCARRAS GRANT, P.L.<br>197 South Federal Highway, Suite 300<br>Boca Raton, FL 33432<br>Telephone No. 561-361-1000<br>Facsimile No. 561-672-7581<br>Email: jgrant@msglaw.com<br><br>David W. Langley<br>LAW OFFICES OF DAVID W. LANGLEY<br>8551 W. Sunrise Blvd.<br>Suite 303<br>Fort Lauderdale, FL 33322<br>Telephone No. 954-356-0450<br>Fax No. 954-356-0451<br>Email: dave@flalawyer.com |

| Party: Debtor/Appellee | Attorney |
|---|---|
| | Daniel A. Bushell<br>BUSHELL LAW, P.A.<br>6400 North Andrews Avenue, Suite 505<br>Fort Lauderdale, Florida 33309<br>Phone: 954-666-0220<br>dan@bushellappellatelaw.com<br><br>JOEL M. ARESTY, P.A.<br>309 1st Ave S<br>Tierra Verde FL 33715<br>Tel 305--904--1903<br>Fax 800--559--1870<br>E--mail Aresty@Mac.com |

May 12, 2022.

Respectfully submitted,

/s/ Chris Kosachuk
Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed to the Clerk of Court for electronic filing on this 12th day of May, 2022 pursuant to Administrative Order 2021-10 .

Respectfully submitted,

**Chris Kosachuk**
*/s/ Chris Kosachuk*
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

## **SERVICE LIST**

***Served via CM/ECF or Email***

All parties of record

Guy A. Van Baalen
Office of the US Trustee for Region 21
guy.a.vanbaalen@usdoj.gov



ORDERED in the Southern District of Florida on May 2, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

LIZA HAZAN,                          CASE NO. 16-10389-AJC
a/k/a ELIZABETH HAZAN

      Debtor.                         CHAPTER 11
_____/

### ORDER DENYING MOTION TO COMPEL

THIS CAUSE came before the Court upon Chris Kosochuk's Motion to Compel Timely, Legible and Complete Post-Confirmation Quarterly Operating Reports and Proof of Insurance and Compliance Going Forward (ECF 1075). Movant is not a creditor in this case nor is he an interested party who has a stake in the outcome of this case or in the administration of the bankruptcy estate. Accordingly, Chris Kosochuk is without standing to seek the relief requested in the motion. Moreover, for the same reasons this Court previously denied similar requests by NLG LLC, this motion is denied without merit. It is

ORDERED AND ADJUDGED that Chris Kosochuk's Motion to Compel Timely, Legible and Complete Post-Confirmation Quarterly Operating Reports and Proof of Insurance and Compliance Going Forward (ECF 1075) is DENIED.

###

Copies furnished by Clerk of Court to:

Chris Kosochuk
David Langley, Esq.