**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Liza Hazan

**Case Number:** 16–10389–AJC
**Chapter:** 11
**County of Residence or Place of Business:** Miami
**U.S. District Court Case Number:** 22–cv–21485–RNS

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 5/12/2022
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Chris Kosachuk      **Attorney:** PRO SE
854 Pheasant Run Road
West Chester, PA 19382

**Attorney:**

**Appellee/Respondent:** Liza Hazan      **Attorney:** David W. Langley
8551 W. Sunrise Blvd #303
Ft. Lauderdale, FL 33322

**Attorney:** Joel M. Aresty, Esq
309 1st Ave S
Tierra Verde, FL 33715

**Title and Date of Order Appealed**, if applicable: ORDER DENYING MOTION TO COMPEL 5/2/2022

**Entered on Docket Date:** 5/3/2022      **Docket Number:** 1106

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 6/10/22

**CLERK OF COURT**
By: Jeanne Snipes
Deputy Clerk   (305) 714–1800