United States District Court
for the
Southern District of Florida

| Chris Kosachuk, Appellant, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Bankruptcy Appeal |
| | ) | Case No. 22-21485-Civ-Scola |
| Liza Hazan, aka Elizabeth Hazan, | ) | |
| Appellee. | ) | |

### Order Setting Oral Argument and Briefing Schedule in Bankruptcy Appeal

In order to resolve this matter justly, promptly, and economically, the Court sets this case for oral argument on **October 17, 2022**, at **8:30 AM**, at the Wilkie D. Ferguson, Jr. Federal Courthouse, Courtroom 12-3, 400 North Miami Avenue, Miami, Florida 33128. The Court allocates 30 minutes (15 minutes for each side) for argument. The Court **orders** the parties to comply with the following briefing schedule, consistent with the Federal Rules of Bankruptcy Procedure:

| | |
|---|---|
| July 13, 2022 | Deadline for the appellant to file *Appellant's Initial Brief*, consistent with Rule 8014(a). |
| August 12, 2022 | Deadline for the appellee to file *Appellee's Response Brief*, consistent with Rule 8014(b). |
| August 26, 2022 | Deadline for the appellant to file *Appellant's Reply Brief*, consistent with Rule 8014(c). |

This briefing schedule does not modify or excuse any other requirements imposed by the Federal Rules of Bankruptcy Procedure (*e.g.*, Rule 8015's requirements regarding the form and length of briefs.)

If the parties amicably resolve this dispute at any time during the briefing schedule, they must immediately notify the Court (by email: scola@flsd.uscourts.gov) and must promptly file a voluntary dismissal in keeping with Rule 8023.

**Done and ordered** in Miami, Florida, on June 13, 2022.

_____
Robert N. Scola, Jr.
United States District Judge