**United States District Court
for the
Southern District of Florida**

FILED BY ___ D.C.
JUL 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Chris Kosachuk, Appellant, )
 )
v. ) Bankruptcy Appeal
 ) Case No. 22-21485-Civ-Scola
LIZA HAZAN a/k/a ELIZABETH HAZAN, )
Appellee. )

### APPELLANT CHRIS KOSACHUK'S EXPEDITED *PRO SE* MOTION TO REGISTER AS ECF USER IN THIS COURT

The Motion is filed on an expedited basis because of this Court's Scheduling Order [ECF No. 7] which requires the Appellant to file his brief by July 13, 2022. In order to comply with the Scheduling Order, Appellant seeks expedited relief by July 11, 2022 so that the Clerk will have at least two days to enable the ECF access. Pursuant to Administrative Order 2021-10, the United States Bankruptcy Court for the Southern District of Florida allows *pro se* filers such as Appellant to email the bankruptcy clerk a PDF of the document to be filed and the clerk in turn files the document electronically to the docket on the same day. Undersigned just learned yesterday that the District Court does not have such an administrative order and thus Appellant seeks electronic access to timely file his brief so as to avoid unnecessary paper filing and paper service.

Appellant Chris Kosachuk ("Kosachuk"), *pro se*, files this Expedited Motion to Register as ECF User in this Court (the "Motion"), pursuant to Local Rules 5(b) and 7.1(d)(2) avers the following:

That I am the *pro se* Appellant in this appeal.

That I consent to the Court and opposing counsel using my email address, as listed below,

Page 1 of 6

for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that I am responsible for maintaining a current email address with the Court.

That I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes while the above case is pending.

That I am responsible for maintaining an email account sufficient to receive notifications on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filtering software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecf_autosender@flsd.uscourts.gov.

That I am responsible for managing my email account and am responsible for others who may have access to my email account.

That I have already registered for a Next Generation PACER account (Public Access to Court Electronic Records).

That I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

That I [am responsible] for maintaining my PACER account while the above case is pending, including any incurred fees.

That I [have read] and will comply with the following computer hardware and software requirements [necessary] to receive electronic notices via the CM/ECF system: Windows or Macintosh [operating system]; Javascript enabled browser; and Internet Explorer or Firefox browser [supported by] CM/ECF. I also understand that high speed internet access is strongly recommended [over dial-up] internet service, which will reduce the amount of time to download lengthy documents.

That I [further] understand that receiving of Notices of Electronic Filings (NEF) is a privilege, [not a right,] and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

That I [have my own] laptop computer, with high speed internet access. I am computer literate with the [requisite] skills and computer software to file and receive documents using the ECF system.

That I [have already] taken the required training courses in order to electronically file documents [in the United] States District Court for the Southern District of New York, know how to file documents electronically using the Next Generation Pacer System and am currently authorized to electronically filed documents in the United States District Court for the Southern District of New York.

That I contacted the attorneys of record for Appellee and David W. Langley immediately objected to this Motion without explanation.

That attached hereto as Exhibit 1 is my proposed order granting the Motion.

Wherefore, the undersigned hereby agrees to the above conditions and hereby motions

to register as an ECF User in this Court, pursuant to Local Rule 5(b) and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while any matter is pending before this Court.

Dated: July 7, 2022

Respectfully submitted,

CHRIS KOSACHUK
*Pro Se Appellant*
854 Pheasant Run Rd
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

Page 4 of 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to the Clerk of Court for filing on this 7th day of July, 2022 and emailed to the parties on the attached service list.

Respectfully submitted,

CHRIS KOSACHUK
*Pro Se Appellant*
854 Pheasant Run Rd
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via Email:*

Joel M. Aresty, Esq. on behalf of Liza Hazan a/k/a Elizabeth Hazan
aresty@mac.com

Daniel A. Bushell, Esq. on behalf of Liza Hazan a/k/a Elizabeth Hazan
dan@bushellappellatelaw.com

Joe M. Grant, Esq. on behalf of Liza Hazan a/k/a Elizabeth Hazan
jgrant@marshallgrant.com jgrant@loriumlaw.com

David W. Langley on behalf of Liza Hazan a/k/a Elizabeth Hazan
dave@flalawyer.com

Page 5 of 6

**EXHIBIT 1**

**United States District Court
for the
Southern District of Florida**

| | |
|---|---|
| Chris Kosachuk, Appellant | ) |
| | ) |
| v. | ) Bankruptcy Appeal |
| | ) Case No. 22-21485-Civ-Scola |
| LIZA HAZAN a/k/a ELIZABETH HAZAN, | ) |
| Appellee. | ) |

**ORDER GRANTING APPELLANT CHRIS KOSACHUK'S EXPEDITED
PRO SE MOTION TO REGISTER AS ECF USER IN THIS COURT**

THIS MATTER came before the Court on July ___, 2022 upon Appellant, Chris Kosachuk's Expedited *Pro Se* Motion to Register as ECF User in this Court (the "Motion"). [ECF No. ___]. The Court has reviewed the Motion and has found that the relief requested therein is justified under the circumstances. The Motion is **GRANTED**. The Clerk is hereby directed to grant ECF User access to Chris Kosachuk in this Court.

Done and Ordered in Miami, FL on July ___, 2022

Dated: July ___, 2022
Miami, Florida

                                        Robert N. Scola, Jr.
                                        United States District Judge