**United States District Court
for the
Southern District of Florida**

| | |
|---|---|
| Chris Kosachuk, Appellant, | ) |
| | ) |
| v. | ) Bankruptcy Appeal |
| | ) Case No. 22-21485-Civ-Scola |
| Liza Hazan a/k/a Elizabeth Hazan | ) |
| Appellee. | ) |

**APPELLANT CHRIS KOSACHUK'S
DESIGNATION OF THE RECORD AND
STATEMENT OF ISSUES ON APPEAL**

Appellant Chris Kosachuk, ("Kosachuk" or "Appellant"), through undersigned counsel, hereby files his Designation of the Record and Statement of Issues on Appeal with respect to Appellant's Notice of Appeal [Doc. 22] filed on October 28, 2022, and requests that the same be transmitted electronically to the United States Court of Appeals for the Eleventh Circuit.

| District Case (DC) | Filing Date | Docket # | Docket Text/Document Description |
|---|---|---|---|
| DC | 05/13/22 | 1 | Notice of Appeal |
| DC | 05/13/22 | 2 and 2-1 | Transmittal and Docket Sheet |
| DC | 06/10/22 | 5 to 5-4 | Transmittal, Appellant Designation & Record |
| DC | 06/14/22 | 7 | Scheduling Order |
| DC | 07/11/22 | 11 | Motion to Dismiss |
| DC | 07/1/22 | 11-1 | Exhibit to Motion to Dismiss |
| DC | 07/13/22 | 12 | Consent to NEF |

Appellant Designation of Record and Statement of Issues
Case No. . 22-21485-Civ-Scola
Page 2 of 4

| | | | |
|---|---|---|---|
| DC | 07/13/22 | 13 | Appellant Brief |
| DC | 07/15/22 | 14 | Appellee Motion for EOT |
| DC | 07/25/22 | 15 | Opposition to Motion to Dismiss |
| DC | 07/25/22 | 15-1 | Appendix to Opposition |
| DC | 07/29/22 | 16 | Opposition to Motion for EOT |
| DC | 08/01/22 | 17 | Reply |
| DC | 09/21/22 | 18 | Appellee Emergency Motion for EOT |
| DC | 09/22/22 | 19 | Amended Emergency Motion for EOT |
| DC | 09/22/22 | 20 | Order Granting Emergency Motion for EOT |
| DC | 09/20/22 | 21 | Order Dismissing Bankruptcy Appeal |
| DC | 10/28/22 | 22 | Notice of Appeal |
| | | | |
| | | | |
| | | | |

## **STATEMENT OF ISSUES**

1.  Whether Post Confirmation Operating Reports are required pursuant to Confirmation Order and Bankruptcy Rule 2015 and United States Trustee Region 21 Operating Guidelines and Reporting Requirements.

2.  Whether the Bankruptcy Court should have heard from the United States Trustee before summarily denying the motion to compel at a hearing scheduled with notice.

Appellant Designation of Record and Statement of Issues
Case No. . 22-21485-Civ-Scola
Page 3 of 4

3. Whether a party has standing to move to compel post confirmation operating reports when that party was sanctioned based on that same confirmation order and was seeking to prove that the underlying confirmed plan is in default and the bankruptcy should be dismissed.

November 9, 2022

    Respectfully submitted,

    */s/ Astrid E. Gabbe*
    Astrid E. Gabbe
    The Law Office of Astrid E. Gabbe, P.A.
    Florida Bar No. 635383
    P.O. Box 4216
    Hollywood, FL 33083
    Tel. (954) 303-9882
    Fax. (954) 983-1427
    astridgabbe@gmail.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2022 a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record.

Respectfully submitted,

*/s/ Astrid E. Gabbe*
Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com

## SERVICE LIST

### Via CM/ECF/EMAIL

Joel M. Aresty, Esq. on behalf of Liza Hazan a/k/a Elizabeth Hazan
aresty@mac.com